JAMES P. SHEA (STATE BAR NO. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 830
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACLYN DELICE CALI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. 2:16-CV-06679-JC<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, nine hundred forty two dollars and twenty four cents ($4,942.24), subject to the provisions of the EAJA.

Dated:　　June 16, 2017

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　THE HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE